United States District Court
Southern District of Texas
**ENTERED**
August 05, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONNIE RAY BROOKS, TDCJ #01927669, | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. H-21-0321 |
| v. | § § | |
| STATE OF TEXAS, et al., | § § | |
| Defendants. | § | |

### FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 5th day of August, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE